UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No.: 8:23-cr-08-KKM-AAS

DEIVI OREJUELA CAICEDO

### AMENDED ORDER

Under 18 U.S.C. § 3161(h)(7), Deivi Orejuela Caicedo's Jury Trial is continued to the **July 2023** trial calendar. Because more time is necessary for the parties to prepare experts and provide the required expert disclosures under Rule 16, the ends of justice outweigh the interests of the defendant and of the public in a speedy trial. The time from today through August 6, 2023, is "excludable time."

The Jury Trial is scheduled to commence on **July 31, 2023, at 9:00 a.m.** in Courtroom 13B of the United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602-3800. The Pretrial Conference is rescheduled for **July 10, 2023, at 1:30 p.m.** in Courtroom 13B.

The following trial-related deadlines apply:

- The parties must provide expert disclosures in compliance with Rule 16(a)(1)(G) and 16(b)(1)(C) by **June 1, 2023**. Should the United States

decide to call a rebuttal expert, disclosure must be provided to Defendant by **June 12, 2023**.

- Parties must file all motions in limine no later than **June 15, 2023**, and any responses no later than **June 29, 2023**.

- Parties must file all of the following documents and email a Word version of them to the chambers inbox no later than **July 6, 2023**:
  - Jointly proposed jury instructions and a verdict form.
  - Jointly proposed statement of the nature of the charges for the purpose of reading to the jury venire or a stipulation to the Court reading the indictment to the jury venire.
  - Proposed questions for voir dire.

- Parties must file exhibit and witness lists no later than **July 17, 2023**.

The United States' Motion in Limine (Doc. 41) is **DENIED AS MOOT**.

**ORDERED** in Tampa, Florida, on May 23, 2023.

*[signature: Kathryn Kimball Mizelle]*
Kathryn Kimball Mizelle
United States District Judge