# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No.: 8:23-cr-008-KKM-AAS

DEIVI OREJUELA CAICEDO

_____

## <u>AMENDED ORDER</u>

Under 18 U.S.C. § 3161(h)(7), Deivi Orejuela Caicedo's Jury Trial is continued to the **September 2023** trial calendar. Because more time is necessary for the parties to prepare experts and provide the required expert disclosures under Rule 16, the ends of justice outweigh the interests of the defendant and of the public in a speedy trial. The time from today through October 1, 2023, is "excludable time."

The Jury Trial is scheduled to commence on **September 5, 2023, at 9:00 a.m.** in Courtroom 13B of the United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602-3800. The Pretrial Conference is rescheduled for **August 21, 2023, at 1:00 p.m.** in Courtroom 13B.

The following trial-related deadlines apply:

- The parties must provide expert disclosures in compliance with Rule 16(a)(1)(G) and 16(b)(1)(C). The United States must provide its

disclosures by **August 2, 2023**. Caicedo must provide his disclosures by **August 4, 2023**.

- Parties must file all motions in limine no later than **August 11, 2023,** and any responses no later than **August 18, 2023. Should a *Daubert* hearing be required, it will be held during the trial, not ahead of time.**

- Parties must file exhibit and witness lists no later than **August 25, 2023.**

The United States' Motion in Limine to Exclude Defendant's Expert (Doc. 48) is **DENIED AS MOOT.** The Court reserves ruling on the Motion in Limine to Exclude Defendant's Duress Defense (Doc. 49).

**ORDERED** in Tampa, Florida, on July 10, 2023.

Kathryn Kimball Mizelle
United States District Judge